UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                              CHAPTER 13
GARY H. KUHNS
HOLLY A. KUHNS                                      CASE NO. 12-81384

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Bayview Loan Servicing LLC         Court claim #: 14

**Last four digits** of any number used to identify the debtor's account: 1003

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $42953.68 |
| Amount Paid by Trustee | $42953.68 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/1/17                    /s/Lydia S. Meyer
                                    Lydia S. Meyer, Trustee
                                    308 W. State St., Suite 212
                                    Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of November, 2017.

Dated:   11/1/17                    /s/Cynthia K. Burnard

BAYVIEW LOAN SERVICING LLC
M&T BANK
PO BOX 1288    PAYMENT PROCESSING
BUFFALO, NY 14240-1288

CHASE
270 PARK AVENUE
NEW YORK, NY  10017

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

GARY H. KUHNS
HOLLY A. KUHNS
6117 RIDGEVIEW DRIVE
HUNTLEY, IL  60142

ATTORNEY ROXANNA M. HIPPLE
KUMOR & HIPPLE, PC
303 WEST MAIN STREET
WEST DUNDEE, IL  60118